# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gaughan, Patricia A. | U.S. District Court, N.D. Ohio | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member - Board of Directors | St. John Medical Center Community Board |
| 2. Member - Board of Directors | Collaborative to End Human Trafficking |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1978 | PERS - mandatory public retirement plan covering state and local public employees (SEE Chap 145 of the Ohio Revised Code) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | St. Raphael Church (administration) - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    Keybank National Association Savings Account | A | Interest | K | T | | | | | |
| 2.    IRA #1 (H) | | | | | | | | | |
| 3.    - American Funds American Mutual Fund (AMRFX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 4.    - American Funds Europacific Growth Fund (AEPFX) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | | |
| 5.    - American Funds Washington Mutual Fund (WMFFX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 6.    - American Funds New Perspective Fund (ANWFX) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | A | |
| 7.    - American Funds New World Fund (NFFFX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 8.    - American Funds Smallcap World Fund (SMCFX) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | A | |
| 9.    - Blackrock Strategic Income Opportunities Fund (BSIIX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 10.    - Cohen & Steers Preferred Sec & Inc Fund (CPXIX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 11.    - Metropolitan West Total Return Bond Fund (MWTIX) | A | Dividend | J | T | Sold (part) | 03/02/20 | J | A | |
| 12.    - PGIM Total Return Bond (PDBZX) | A | Dividend | J | T | Sold (part) | 03/02/20 | J | A | |
| 13.    - Putnam Ultra Short Duration Income Fund (PSDYX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 14.    - American Funds Growth Fund of America Fund (GFFFX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 15. | | | | | | | | | |
| 16.    IRA #2 (H) | | | | | | | | | |
| 17.    - American Funds American Mutual Fund (AMRFX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - American Funds Europacific Growth Fund (AEPFX) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | | |
| 19. - American Funds Washington Mutual Fund (WMFFX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 20. - American Funds New Perspective Fund (ANWFX) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | A | |
| 21. - American Funds New World Fund (NFFFX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 22. - American Funds Smallcap World Fund (SMCFX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 23. - Blackrock Strategic Income Opportunities Fund (BSIIX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 24. - Cohen & Steers Preferred Sec & Inc Fund (CPXIX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 25. - Metropolitan West Total Return Bond Fund (MWTIX) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | A | |
| 26. - PGIM Total Return Bond (PDBZX) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | A | |
| 27. - Putnam Ultra Short Duration Income Fund (PSDYX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 28. - American Funds Growth Fund of America Fund (GFFFX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 29. | | | | | | | | | |
| 30. IRA #3 (H) | | | | | | | | | |
| 31. - American Funds American Mutual Fund (AMRFX) | A | Dividend | K | T | Buy (add'l) | 03/04/20 | J | | |
| 32. - American Funds Washington Mutual Fund (WMFFX) | A | Dividend | K | T | Buy (add'l) | 03/04/20 | J | | |
| 33. - American Funds Europacific Growth Fund (AEPFX) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | | |
| 34. - American Funds New Perspective Fund (ANWFX) | A | Dividend | K | T | Sold (part) | 03/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - American Funds New World Fund (NFFFX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 36. - American Funds Smallcap World Fund (SMCFX) | A | Dividend | K | T | Sold (part) | 03/03/20 | J | A | |
| 37. - Blackrock Strategic Income Opportunities Fund (BSIIX) (X) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 38. - Cohen & Steers Preferred Sec & Inc Fund (CPXIX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 39. - Metropolitan West Total Return Bond Fund (MWTIX) (X) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | A | |
| 40. - PGIM Total Return Bond (PDBZX) | A | Dividend | J | T | Sold (part) | 03/03/20 | J | A | |
| 41. - Putnam Ultra Short Duration Income Fund (PSDYX) | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 42. - American Funds Growth Fund of America Fund (GFFFX) | A | Dividend | K | T | Buy (add'l) | 03/04/20 | J | | |
| 43. | | | | | | | | | |
| 44. Brokerage #1 (H) | | | | | | | | | |
| 45. - UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 46. - American Funds New World Fund (NFFFX) | A | Dividend | K | T | | | | | |
| 47. - American Funds Smallcap World Fund (SMCFX) | A | Dividend | K | T | | | | | |
| 48. - Artisan International Value Fund (APDKX) | A | Dividend | K | T | | | | | |
| 49. - Cohen & Steers Global Realty Fund (CSSPX) | A | Dividend | K | T | | | | | |
| 50. - Jensen Quality Growth Fund (JENIX) | C | Dividend | K | T | | | | | |
| 51. - JP Morgan Equity Income Fund (HLIEX) | D | Dividend | L | T | Buy (add'l) | 03/11/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.    - JP Morgan Largecap Growth Fund (SEEGX) | D | Dividend | M | T | Buy (add'l) | 03/11/20 | J | | |
| 53.    - Metropolitan West Total Return Bond Fund (MWTIX) | C | Dividend | L | T | Sold (part) | 03/10/20 | J | A | |
| 54.    - PGIM Short-Term Corporate Bond (PIFZX) | A | Dividend | K | T | Buy (add'l) | 01/14/20 | J | | |
| 55. | | | | | Sold (part) | 03/10/20 | J | A | |
| 56.    - PGIM Total Return Bond (PDBZX) | B | Dividend | L | T | Sold (part) | 03/10/20 | J | A | |
| 57. | | | | | Sold (part) | 04/20/20 | J | | |
| 58. | | | | | Sold (part) | 04/23/20 | J | | |
| 59. | | | | | Sold (part) | 07/24/20 | J | A | |
| 60. | | | | | Sold (part) | 10/23/20 | J | A | |
| 61.    - Principal Midcap Fund (PCBIX) | A | Dividend | K | T | Buy (add'l) | 03/11/20 | J | | |
| 62.    - T. Rowe Price QM US Small-Cap Growth Equity Fund (PRDSX) | A | Dividend | J | T | | | | | |
| 63.    - Templeton Global Bond (TGBAX) | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 64. | | | | | Sold (part) | 03/10/20 | J | | |
| 65.    - The Income Fund of America Fund (AMEFX) | B | Dividend | K | T | | | | | |
| 66.    - Thornburg Income Builder (TIBIX) | B | Dividend | K | T | | | | | |
| 67. | | | | | | | | | |
| 68.    Brokerage #2 (H) (X) | | | | | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - UBS Bank USA Deposit | A | Interest | J | T | | | | | |
| 70.   - Accenture PLC Ireland CL A Stock (ACN) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 71.   - American Electric Power Co Stock (AEP) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 05/06/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 05/07/20 | J | | |
| 75. | | | | | Sold<br>(part) | 05/27/20 | J | | |
| 76. | | | | | Sold<br>(part) | 07/28/20 | J | | |
| 77. | | | | | Sold<br>(part) | 10/23/20 | J | | |
| 78. | | | | | Sold<br>(part) | 10/26/20 | J | | |
| 79.   - Amgen Inc Stock (AMGN) | A | Dividend | J | T | Buy | 10/01/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 10/08/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 84.   - Blackrock Inc Stock (BLK) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 85. | | | | | Sold<br>(part) | 04/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 87. - Carrier Global Corp Stock (CARR) | | | | | Spinoff (from line 188) | 04/03/20 | J | | |
| 88. | | | | | Sold | 04/06/20 | J | | |
| 89. - Chevron Corp Stock (CVX) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 90. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 91. | | | | | Sold (part) | 11/06/20 | J | | |
| 92. | | | | | Sold (part) | 11/09/20 | J | | |
| 93. | | | | | Sold (part) | 11/25/20 | J | | |
| 94. | | | | | Sold (part) | 11/25/20 | J | A | |
| 95. | | | | | Sold (part) | 11/27/20 | J | A | |
| 96. - Chubb LTD CHF Stock (CB) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 97. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 98. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 99. - Cisco Systems Inc Stock (CSCO) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 100. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 101. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 102. | | | | | Buy (add'l) | 04/08/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 104. | | | | | Buy (add'l) | 10/28/20 | J | | |
| 105.　- Coca Cola Co Com Stock (KO) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 106. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 107.　- Comcast New CL A Stock (CMSA) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 108. | | | | | Sold (part) | 05/04/20 | J | | |
| 109.　- Crane Co Stock (CR) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 110. | | | | | Sold (part) | 10/27/20 | J | | |
| 111.　- Diageo Plc New GB Spon ADR Stock (DEO) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 112. | | | | | Sold (part) | 11/06/20 | J | | |
| 113.　- Home Depot Inc Stock (HD) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 114. | | | | | Sold (part) | 04/03/20 | J | | |
| 115. | | | | | Sold (part) | 11/06/20 | J | A | |
| 116.　- Intel Corp Stock (INTC) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 117. | | | | | Sold (part) | 11/06/20 | J | | |
| 118.　- Johnson & Johnson Com Stock (JNJ) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 119. | | | | | Buy (add'l) | 04/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 09/29/20 | J | | |
| 121. | | | | | Sold<br>(part) | 09/30/20 | J | | |
| 122. | | | | | Sold<br>(part) | 10/05/20 | J | | |
| 123. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 124.   - JPMorgan Chase & Co Stock (JPM) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 125. | | | | | Sold<br>(part) | 04/03/20 | J | | |
| 126. | | | | | Sold<br>(part) | 04/06/20 | J | | |
| 127.   - Linde PLC EUR Stock (LIN) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 128. | | | | | Sold<br>(part) | 11/06/20 | J | A | |
| 129.   - Lockheed Martin Corp Stock (LMT) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 130. | | | | | Sold<br>(part) | 11/06/20 | J | | |
| 131.   - Marsh & McLennan Cos Inc Stock (MMC) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 132. | | | | | Buy<br>(add'l) | 05/06/20 | J | | |
| 133. | | | | | Sold<br>(part) | 07/27/20 | J | | |
| 134. | | | | | Sold<br>(part) | 07/28/20 | J | | |
| 135.   - McDonalds Corp Stock (MCD) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 136.   - Medtronic PLC Stock (MDT) | A | Dividend | J | T | Buy | 02/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/06/20 | J | | |
| 138.   - Microsoft Corp Stock (MSFT) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 139. | | | | | Sold (part) | 03/11/20 | J | | |
| 140. | | | | | Sold (part) | 07/27/20 | J | A | |
| 141.   - Nextra Energy Inc Com Stock (NEE) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 142. | | | | | Sold (part) | 07/27/20 | J | A | |
| 143.   - Novartis AG Spon ADR Stock (NVS) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 144. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 145. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 146. | | | | | Sold (part) | 09/20/20 | J | | |
| 147. | | | | | Sold (part) | 09/30/20 | J | | |
| 148. | | | | | Sold (part) | 10/05/20 | J | | |
| 149. | | | | | Sold (part) | 10/06/20 | J | | |
| 150. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 151. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 152.   - Otis Worldwide Corp Stock (OTIS) | | None | | | Spinoff (from line 191) | 04/03/20 | J | | |
| 153. | | | | | Sold | 04/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.   - Phillips 66 Stock (PSX) | A | Dividend | J | T | Buy | 05/06/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 05/07/20 | J | | |
| 156. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 157. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 158. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 159. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 160.   - Procter & Gamble Co Stock (PG) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 161. | | | | | Sold<br>(part) | 07/27/20 | J | A | |
| 162. | | | | | Sold<br>(part) | 11/06/20 | J | A | |
| 163.   - Raytheon Technologies Corp Stock (RTX) | A | Dividend | J | T | Buy | 04/03/20 | J | | |
| 164. | | | | | Buy<br>(add'l) | 04/08/20 | J | | |
| 165. | | | | | Sold<br>(part) | 05/04/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 167. | | | | | Buy<br>(add'l) | 10/29/20 | J | | |
| 168.   - Republic Services Inc Stock (RSG) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 169. | | | | | Sold<br>(part) | 04/03/20 | J | | |
| 170. | | | | | Sold<br>(part) | 04/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.   - Rockwell Automation Inc New Stock (ROK) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 172. | | | | | Sold (part) | 04/03/20 | J | | |
| 173. | | | | | Sold (part) | 11/06/20 | J | A | |
| 174.   - Suncor Energy Inc New Foreign Stock CAD (SU) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 175. | | | | | Sold (part) | 05/04/20 | J | | |
| 176.   - Texas Instuments Stock (TXN) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 177. | | | | | Sold (part) | 04/03/20 | J | | |
| 178. | | | | | Sold (part) | 04/06/20 | J | | |
| 179. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 180. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 181.   - Truist Finl Corp Stock (TFC) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 182. | | | | | Sold (part) | 04/03/20 | J | | |
| 183. | | | | | Sold (part) | 04/06/20 | J | | |
| 184.   - Union Pacific Corp Stock (UNP) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 185. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 186. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 187. | | | | | Sold (part) | 11/06/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. - United Parcel Services Inc CL B Stock (UPS) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 189. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 190. - United Technologies Corp Stock (UTX) | A | Dividend | | | Buy | 02/13/20 | J | | |
| 191. | | | | | Sold | 04/03/20 | J | A | |
| 192. - VF Corp Stock (VFC) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 193. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 194. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 195. | | | | | | | | | |
| 196. Brokerage #3 (H) (X) | | | | | | | | | |
| 197. - UBS Bank USA Deposit | A | Interest | J | T | | | | | |
| 198. - Accenture PLC Ireland CL A Stock (ACN) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 199. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 200. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 201. | | | | | Sold (part) | 11/19/20 | J | A | |
| 202. - ADOBE Inc. Stock (ADBE) | | None | J | T | Buy | 02/13/20 | J | | |
| 203. | | | | | Sold (part) | 2/18/20 | J | A | |
| 204. | | | | | Sold (part) | 11/18/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  - ALPHABET Inc CL A Stock (GOOGL) | | None | J | T | Buy | 02/13/20 | J | | |
| 206.  - Amazon.com Inc Stock (AMZN) | | None | J | T | Buy | 02/13/20 | J | | |
| 207.  - American Tower Corp REIT Stock (AMT) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 208. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 209.  - Ameriprise Financial Inc Stock (AMP) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 210.  - Apple Inc Stock (AAPL) | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 211. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 212. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 213.  - Boeing Company Stock (BA) | | None | | | Buy | 02/13/20 | J | | |
| 214. | | | | | Sold | 03/19/20 | J | | |
| 215.  - Comcast Corp New CL A Stock (CMCSA) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 216. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 217. | | | | | Sold<br>(part) | 05/11/20 | J | | |
| 218. | | | | | Sold<br>(part) | 05/12/20 | J | | |
| 219. | | | | | Sold<br>(part) | 09/22/20 | J | A | |
| 220.  - Costco Wholesale Corp Stock (COST) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 221. | | | | | Sold<br>(part) | 04/14/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 06/09/20 | J | | |
| 223.   - Danaher Corp Stock (DHR) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 224. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 225. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 226. | | | | | Sold<br>(part) | 10/26/20 | J | A | |
| 227.   - Dollar Gen Corp New Stock (DG) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 228. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 229. | | | | | Buy<br>(add'l) | 10/27/20 | J | | |
| 230.   - Facebook Inc CL A Stock (FB) | | None | J | T | Buy | 02/13/20 | J | | |
| 231. | | | | | Buy<br>(add'l) | 02/20/20 | J | | |
| 232. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 233. | | | | | Sold<br>(part) | 06/08/20 | J | A | |
| 234.   - Fidelity Natl Information Svcs Stock (FIS) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 235. | | | | | Sold<br>(part) | 03/16/20 | J | | |
| 236. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 237. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 238.   - Home Depot Inc Stock (HD) | A | Dividend | J | T | Buy | 02/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 04/13/20 | J | | |
| 240. | | | | | Sold (part) | 09/22/20 | J | A | |
| 241.  - Honeywell Intl Inc Stock (HON) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 242. | | | | | Sold (part) | 05/11/20 | J | | |
| 243. | | | | | Sold (part) | 05/13/20 | J | | |
| 244. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 245. | | | | | Buy (add'l) | 06/11/20 | J | | |
| 246. | | | | | Sold (part) | 11/18/20 | J | A | |
| 247. | | | | | Sold (part) | 11/19/20 | J | A | |
| 248.  - Intercontinenetalexchange Group Stock (ICE) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 249. | | | | | Sold (part) | 05/11/20 | J | | |
| 250. | | | | | Sold (part) | 05/12/20 | J | | |
| 251.  - Lauder Estee Cos CL A Stock (EL) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 252. | | | | | Sold (part) | 04/13/20 | J | | |
| 253. | | | | | Sold (part) | 09/09/20 | J | A | |
| 254.  - Lowes Companies Inc Stock (LOW) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 255. | | | | | Sold (part) | 04/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Sold<br>(part) | 09/22/20 | J | A | |
| 257.  - Medtronic Plc Stock (MDT) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 258. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 259.  - Microsoft Corp Stock (MSFT) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 260. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 261. | | | | | Sold<br>(part) | 05/11/20 | J | | |
| 262. | | | | | Sold<br>(part) | 05/12/20 | J | | |
| 263. | | | | | Sold<br>(part) | 06/08/20 | J | | |
| 264.  - Mondelez Intl Inc Stock (MDLZ) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 265. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 266. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 267. | | | | | Sold<br>(part) | 11/18/20 | J | | |
| 268. | | | | | Sold<br>(part) | 11/19/20 | J | | |
| 269.  - O Reilly Automotive Inc Stock (ORLY) | | None | J | T | Buy | 02/13/20 | J | | |
| 270. | | | | | Buy<br>(add'l) | 02/20/20 | J | | |
| 271.  - Parker Hannifin Corp Stock (PH) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 272. | | | | | Sold<br>(part) | 05/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 274. - Rockwell Automation Inc New Stock (ROK) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 275. | | | | | Sold (part) | 03/16/20 | J | | |
| 276. | | | | | Sold (part) | 09/09/20 | J | A | |
| 277. - Salesforce.com Inc Stock (CRM) | | None | J | T | Buy | 05/13/20 | J | | |
| 278. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 279. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 280. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 281. - Sherwin Williams Co Stock (SHW) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 282. - Thermo Fisher Scientific Inc Stock (TMO) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 283. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 284. | | | | | Sold (part) | 06/09/20 | J | A | |
| 285. - TJX Cos Inc New Stock (TJX) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 286. | | | | | Buy (add'l) | 06/11/20 | J | | |
| 287. - Unitedhealth Group Inc Stock (UNH) | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 288. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 289. - VISA Inc CL A Stock (V) | A | Dividend | J | T | Buy | 02/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Sold<br>(part) | 03/16/20 | J | | |
| 291. | | | | | Sold<br>(part) | 03/17/20 | J | | |
| 292. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 293.   - Walt Disney Com Stock (DIS) | None | | | | Buy | 02/13/20 | J | | |
| 294. | | | | | Sold<br>(part) | 05/11/20 | J | | |
| 295. | | | | | Sold<br>(part) | 05/12/20 | J | | |
| 296. | | | | | Sold | 05/13/20 | J | | |
| 297.   UBS Lincoln National Life Insurance Co<br>Moneyguard II 2017 (Whole) (X) | None | | K | T | | | | | |
| 298. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 297: Inadvertently omitted in prior year.

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 05/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Patricia A. Gaughan

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544